IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| ASHER WILLIE A. REESE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:11-cv-3143-JPM-dkv |
| SEARS HOLDINGS, | ) |
| Defendant. | ) |

ORDER OF DISMISSAL

On December 30, 2011, Plaintiff Asher Willie A. Reese filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, accompanied by a motion to proceed in forma pauperis. (Docket Entries 1 & 2.)

The Court issued an order on January 6, 2012, denying leave to proceed in forma pauperis and directing Plaintiff to pay the civil filing fee within 30 days. (D.E. 3.) The order also provided that, "Failure to comply with this order in a timely manner will result in dismissal of this action without further notice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute." (Id.)

Plaintiff has not complied with the court ordered directive, and the time for compliance has expired. Therefore, the complaint is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 15th day of February, 2012.

S/ Jon P. McCalla
JON PHIPPS McCALLA

                                              CHIEF UNITED STATES DISTRICT JUDGE