```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

_____

|                              |   |                          |
|------------------------------|---|--------------------------|
| ASHER WILLIE A. REESE,       | ) |                          |
|                              | ) |                          |
|     Plaintiff,               | ) |                          |
|                              | ) |                          |
| vs.                          | ) | No. 2:11-cv-3143-JPM-dkv |
|                              | ) |                          |
| SEARS HOLDINGS,              | ) |                          |
|                              | ) |                          |
|     Defendant.               | ) |                          |

_____

                            JUDGMENT
_____

**JUDGMENT BY COURT.**  This action having come before the Court,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Order of Dismissal (Docket Entry 4), all claims by Plaintiffs against Defendants are **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

February 15, 2012
Date